1
2
3
4
5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
                                          )  Case No. CV 07-5944 SC
9                                         )
   IN RE: CATHODE RAY TUBE (CRT)          )  ORDER REGARDING TECH DATA
10 ANTITRUST LITIGATION                   )  PLAINTIFFS' NOTICE OF
                                          )  UNAVAILABILITY FOR STATUS
11                                        )  <u>CONFERENCE</u>
   This document relates to               )
12 individual case no. 13-CV-00157        )
   SC                                     )
13                                        )
   TECH DATA CORPORATION; TECH DATA       )
14 PRODUCT MANAGEMENT, INC.,              )
                                          )
15          Plaintiffs,                   )
                                          )
16      v.                                )
                                          )
17 HITACHI, LTD., et al.,                 )
                                          )
18          Defendants.                   )
                                          )
19 _____)

20

21

22      The Court, having considered the Tech Data Corporation and

23 Tech Data Product Management's ("Tech Data") notice of

24 unavailability, ORDERS as follows:

25      Tech Data and its law firm, Bilzin, are excused from attending

26 the September 13, 2013 status conference due to the Yom Kippur

27 Holiday.

28      Tech Data and Bilzin are not authorized to appear

telephonically for the status conference.  Liason counsel should appear in their stead, as indicated in the notice of unavailability.

IT IS SO ORDERED.

Dated: August 13, 2013        _____
                              UNITED STATES DISTRICT JUDGE