*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION OF DISMISSAL** |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724 | |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727 | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726 | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725 | |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157 | |
| *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668 | |

Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Tech Data Corporation and Tech Data Product Management, Inc.; and Schultze Agency Services on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC (collectively, "Plaintiffs"), and Defendants Mitsubishi Electric Corporation; Mitsubishi Electric US, Inc., formerly known as Mitsubishi Electric & Electronics USA, Inc.; and Mitsubishi Electric Visual Solutions America, Inc., individually and as successor to Mitsubishi Digital Electronics America, Inc.[1] ("Mitsubishi Electric"), on the other hand, hereby stipulate as

---

[1] The Court previously granted summary judgment in favor of Defendants Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc. [Dkt. No. 4559]. The Court, however,

follows:

1. Plaintiffs and Mitsubishi Electric seek dismissal of these actions with prejudice as brought against Mitsubishi Electric only.

2. Plaintiffs and Mitsubishi Electric agree that each party shall bear its own costs and attorneys' fees in connection with this action.

3. This stipulation does not affect the rights or claims of Plaintiffs against any defendant or alleged co-conspirator in this litigation other than Mitsubishi Electric.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal with respect to Plaintiffs' actions as brought against Mitsubishi Electric only.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 23, 2016



has not yet entered a final judgment in favor of those parties pursuant to Federal Rule of Civil Procedure 54(b).  The parties have included Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc. in this Stipulation in order to bring finality to these proceedings between Plaintiffs and Mitsubishi Electric.

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the below signatories.

Dated:  June 23, 2016                           /s/  *Philip J. Iovieno*                      

                                        Philip J. Iovieno
                                        Anne M. Nardacci
                                        BOIES, SCHILLER & FLEXNER LLP
                                        30 South Pearl Street, 11th Floor
                                        Albany, NY  12207
                                        Telephone:  (518) 434-0600
                                        Facsimile:   (518) 434-0665
                                        Email:   piovieno@bsfllp.com
                                        anardacci@bsfllp.com

                                        William A. Isaacson
                                        Kyle Smith
                                        BOIES, SCHILLER & FLEXNER LLP
                                        5301 Wisconsin Ave. NW, Suite 800
                                        Washington, D.C.  20015
                                        Telephone:  (202) 237-2727
                                        Facsimile:   (202) 237-6131
                                        Email:  wisaacson@bsfllp.com
                                        ksmith@bsfllp.com

                                        Stuart Singer
                                        BOIES, SCHILLER & FLEXNER LLP
                                        401 East Las Olas Blvd., Suite 1200
                                        Fort Lauderdale, FL 33301
                                        Telephone:  (954) 356-0011
                                        Facsimile:   (954) 356-0022
                                        Email:  ssinger@bsfllp.com

*Attorneys for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp., Interbond Corporation of America, Office Depot, Inc., P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Tech Data Corporation and Tech Data Product Management, Inc., and Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*


                                        /s/ *Scott N. Wagner*                       

                                        Robert W. Turken
                                        Scott N. Wagner
                                        Mitchell E. Widom
                                        BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                                        1450 Brickell Ave., Suite 2300

```
 1                                Miami, Florida 33131-3456
                                  Telephone: 305-374-7580
 2                                Facsimile: 305-374-7593
                                  E-mail: rturken@bilzin.com
 3                                        swagner@bilzin.com
                                          mwidom@bilzin.com
 4
 5                                Attorneys for Plaintiffs Tech Data Corporation and
                                  Tech Data Product Management, Inc.
 6
                                  By: /s/ Terrence J. Truax
 7
                                  Terrance J. Truax
 8                                Michael T. Brody
                                  Charles B. Sklarsky
 9                                Gabriel A. Fuentes
                                  JENNER & BLOCK LLP
10                                353 N. Clark Street
                                  Chicago, Illinois 60654-3456
11                                Telephone: 312-222-9350
                                  Facsimile: 312-527-0484
12                                ttruax@jenner.com
                                  mbrody@jenner.com
13                                csklarsky@jenner.com
                                  gfuentes@jenner.com
14
                                  Harold A. Barza
15                                Kevin Y. Teruya
                                  QUINN EMANUEL URQUHART & SULLIVAN
16                                LLP
                                  865 S. Figueroa St.
17                                Los Angeles, CA 90017
                                  Telephone: 213-443-3000
18                                Facsimile: 213-443-3100
                                  halbarza@quinnemanuel.com
19                                kevinteruya@quinnemanuel.com

20                                Ryan S. Goldstein
                                  QUINN EMANUEL URQUHART & SULLIVAN
21                                LLP
                                  NBF Hibiya Building, 25F
22                                1-1-7, Uchisaiwai-cho, Chiyoda-ku
                                  Tokyo 100-0011, Japan
23                                Telephone: +81 3 5510 1711
                                  Facsimile: +81 3 5510 1712
24                                ryangoldstein@quinnemanuel.com

25
                                  Attorneys for Defendant Mitsubishi Electric
26                                Corporation

27

28
```