**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>HITACHI, LTD., et al.,<br><br>　　　　　Defendants. | Case No. 8:17-cv-00944-EAK-AEP<br><br>MDL Case No. 3:13-cv-00157-JST (N.D. Cal.) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Edward Soto hereby makes an appearance as counsel of record for Defendants Panasonic Corporation and MT Picture Display Co., Ltd., and directs that all responsive pleadings and papers filed in the above action be served upon the following:

Edward Soto
edward.soto@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131

Dated: May 10, 2017

Respectfully submitted,

*/s/ Edward Soto*
Edward Soto (FBN 0265144)
edward.soto@weil.com
Pravin R. Patel (FL Bar No. 0099939)
Pravin.Patel@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Attorneys for Defendants Panasonic Corporation and MT Picture Display Co., Ltd.*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on May 10, 2017. As such, the foregoing was served electronically upon all counsel of record.

                                                */s/ Edward Soto*
                                                Edward Soto (FBN 0265144)
                                                edward.soto@weil.com
                                                **WEIL, GOTSHAL & MANGES LLP**
                                                1395 Brickell Avenue, Suite 1200
                                                Miami, Florida 33131
                                                (305) 577-3100 (Telephone)
                                                (305) 374-7159 (Facsimile)

                                                *Attorneys for Defendants Panasonic Corporation and MT Picture Display Co., Ltd.*