**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| TECH DATA CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., et al.,<br><br>    Defendants. | Case No. 8:17-cv-00944-EAK-AEP<br><br>MDL Case No. 3:13-cv-00157-JST (N.D. Cal.) |

## **NOTICE OF APPEARANCE OF COUNSEL**

Darryl M. Bloodworth, Esq. and the law firm of Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A. hereby provide notice of appearance as counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation, and respectfully requests service of pleadings and other papers filed in this action and any orders and notices from this Court be delivered to the undersigned.

    */s/ Darryl M. Bloodworth*
    Darryl M. Bloodworth
    Florida Bar No. 141258
    **DEAN, MEAD, ET AL.**
    420 S. Orange Avenue, Suite 700
    Orlando, FL  32801
    Telephone: 407-841-1200
    Fax: 407-423-1831
    Email: DBloodworth@deanmead.com

    *Attorney for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

O1752756.v1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Appearance of Counsel was filed electronically with the Clerk of the Court using CM/ECF on May 11, 2017. As such, the foregoing was served electronically upon all counsel of record.

*/s/ Darryl M. Bloodworth*
Darryl M. Bloodworth
