# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC.,<br><br>  Plaintiffs,<br> vs.<br>HITACHI, LTD., et al.,<br><br>  Defendants. | Case No. 8:17-cv-00944-EAK-AEP<br><br>MDL Case No. 3:13-cv-00157-JST (N.D. Cal.) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Pravin R. Patel hereby makes an appearance as counsel of record for Defendants Panasonic Corporation and MT Picture Display Co., Ltd., and directs that all responsive pleadings and papers filed in the above action be served upon the following:

Pravin R. Patel<br>
Pravin.Patel@weil.com<br>
Weil, Gotshal & Manges LLP<br>
1395 Brickell Avenue, Suite 1200<br>
Miami, Florida 33131

Dated: May 11, 2017

Respectfully submitted,

*/s/ Pravin R. Patel*
Pravin R. Patel (FL Bar No. 0099939)
Pravin.Patel@weil.com
Edward Soto (FBN 0265144)
edward.soto@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Attorneys for Defendants Panasonic Corporation and MT Picture Display Co., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on May 11, 2017.  As such, the foregoing was served electronically upon all counsel of record.

/s/ Pravin R. Patel
Pravin R. Patel (FL Bar No. 0099939)
Pravin.Patel@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Attorneys for Defendants Panasonic Corporation and MT Picture Display Co., Ltd.*