**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| TECH DATA CORPORATION, et al., | Case No. 8:17-cv-00944-EAK-AEP |
| Plaintiffs, | MDL Case No. 3:13-cv-00157-JST (N.D. Cal.) |
| vs. | |
| HITACHI, LTD., et al., | |
| Defendants. | |

_____/

## NOTICE OF APPEARANCE

Please take notice that James N. Robinson from the law firm of White & Case LLP hereby gives notice of appearance as counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc. in the above-styled cause. All parties are requested to direct copies of all future pleadings and papers filed, served, or entered in this action to undersigned counsel.

Date: May 11, 2017

Respectfully submitted,

*/s/ James N. Robinson*
**WHITE & CASE LLP**
James N. Robinson
Florida Bar No. 0608858
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: jrobinson@whitecase.com

*Attorney for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 11, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ James N. Robinson*
James N. Robinson