UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| TECH DATA CORPORATION, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., et al.,<br><br>      Defendants. | Case No. 8:17-cv-00944-EAK-AEP<br>MDL Case No. 3:13-cv-00157-JST (N.D. Cal.)<br><br>Hon. Elizabeth A. Kovachevich |

**WRITTEN DESIGNATION OF LOCAL COUNSEL AND CONSENT TO ACT**

Pursuant to Local Rule 2.02(a), the undersigned counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc., hereby execute this Written Designation and Consent to Act.  Each of the attorneys listed below, who have also been admitted *pro hac vice* by this Court, designate James N. Robinson of White & Case LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, FL 33131, (305) 371-2700, jrobinson@whitecase.com, who is a member in good standing of the bar of this Court and a resident of the State of Florida, to receive all notices and papers that may be served and to be responsible for the progress of the case, including the trial, in default of the non-resident attorneys listed below.

In accordance with the Local Rule 2.01(d), each attorney has paid the $150.00 special admission fee and will maintain the below e-mail address for electronic service by the Clerk. A certification in accordance with local Rule 2.02(a) is attached hereto.

Date: May 26, 2017

Respectfully submitted,

*/s/ Christopher M. Curran*
**WHITE & CASE LLP**
Christopher M. Curran (*pro hac vice*)
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
Email: ccurran@whitecase.com

*/s/ Dana E. Foster*
**WHITE & CASE LLP**
Dana E. Foster (*pro hac vice*)
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
Email: defoster@whitecase.com

*/s/ Lucius B. Lau*
**WHITE & CASE LLP**
Lucius B. Lau (*pro hac vice*)
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
Email: alau@whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc.*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 2.01(d)**

We hereby certify that each of the undersigned counsel has paid the $150.00 special admission fee and will maintain the below e-mail address for electronic service by the Clerk during membership in the bar of this Court in compliance with Local Rule 2.01(d).

*/s/ Christopher M. Curran*
**WHITE & CASE LLP**
Christopher M. Curran (*pro hac vice*)
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
Email: ccurran@whitecase.com

*/s/ Dana E. Foster*
**WHITE & CASE LLP**
Dana E. Foster (*pro hac vice*)
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
Email: defoster@whitecase.com

*/s/ Lucius B. Lau*
**WHITE & CASE LLP**
Lucius B. Lau (*pro hac vice*)
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
Email: alau@whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Christopher M. Curran*
Christopher M. Curran