UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| TECH DATA CORPORATION, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., et al.,<br><br>　　　　　Defendants. | Case No. 8:17-cv-00944-EAK-AEP<br>MDL Case No. 3:13-cv-00157-JST (N.D. Cal.)<br><br>Hon. Elizabeth A. Kovachevich |

### **NOTICE OF COMPLIANCE**

Pursuant to the Court's Endorsed Order dated May 15, 2017 (ECF No. 144), Lucius B. Lau hereby notifies the Court that he has complied with the form, fee, and electronic filing requirements. Mr. Lau has filed his Special Admission Attorney Certification Form and paid his *pro hac vice* fees, confirmation of which was entered on the docket on May 12, 2017. Mr. Lau has also enrolled in the Court's CM/ECF system, and been issued a CM/ECF username and password by the Clerk's Office.

Date: May 26, 2017

Respectfully submitted,

*/s/ Lucius B. Lau*
**WHITE & CASE LLP**
Lucius B. Lau (*pro hac vice*)
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
Email: alau@whitecase.com

*Attorney for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              */s/ Lucius B. Lau*
                                              Lucius B. Lau