UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 8:17-cv-00944-EAK-AEP

TECH DATA CORPORATION, et al.

 Plaintiffs,

v.

HITACHI, LTD., et al.

Defendants.
_____/

**APPEARANCE OF COUNSEL**

To:  The Clerk of Court and All Parties of Record:

We are admitted to practice in this court, and appear in this case as co-counsel for Defendants TECHNICOLOR USA, INC.; TECHNICOLOR SA; THOMSON SA; and THOMSON CONSUMER ELECTRONICS, INC., and request that copies of all motions notices and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

Case No.: 8:17-cv-00944-EAK-AEP

Respectfully submitted,

Mrachek, Fitzgerald, Rose, Konopka,
 Thomas & Weiss, P.A.
1000 SE Monterey Commons Blvd., Suite 306
Stuart, FL 34996
Tel. (772) 221.7757
Fax (772) 781.6886

By:   /s/Scott Konopka
Fla. Bar No. 80489
Email: skonopka@mrachek-law.com
*Co-Counsel for Defendants', Technicolor USA. Inc.; Technicolor SA; Thomson SA; and Thomson Consumer Electronics, Inc.*

I HEREBY CERTIFY that on June 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Scott Konopka

Case No.: 8:17-cv-00944-EAK-AEP

SERVICE
LIST

CHRISTOPHER M. CURRAN *(pro hac vice)*
ccurran@whitecase.com
LUCIUS B. LAU *(pro hac vice)*
alau@whitecase.com
DANA E. FOSTER *(pro hac vice)*
defoster@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355


JAMES N. ROBINSON (Fla. Bar ID # 0608858)
jrobinson@whitecase.com
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131
tel: (305) 371-2700
fax: (305) 358-5744
*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

EDWARD SOTO (FBN 0265144)
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100
Facsimile: (305)374-7159
edward.soto@weil.com


DAVID L. YOHAI *(pro hac vice)*
DAVID YOLKUT *(pro hac vice)*
KAJETAN ROZGA *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212)310-8000
Facsimile: (212)310-8007
david.yohai@weil.com
david.yolkut@weil.com
kajetan.rozga@weil.com

JEFFREY L. KESSLER *(pro hac vice)*
 EVA W. COLE *(pro hac vice)*
MOLLY M. DONOVAN *(pro hac vice)*
MARTIN C. GEAGAN *(pro hac vice)*
JENNIFER M. STEWART *(pro hac vice)*
KEVIN B. GOLDSTEIN *(pro hac vice)*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
ewcole@winston.com
mmdonovan@winston.com
jstewart@winston.com
kbgoldstein@winston.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), MT Picture Display Co., Ltd.*

DARRYL M. BLOODWORTH
DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Telephone: (407) 841-1200
Facsimile: (407) 423-1831
dbloodworth@deanmead.com


JOHN M. TALADAY *(pro hac vice)*
ERIK T. KOONS *(pro hac vice)*
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
erik.koons@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N. V. and Philips Electronics North America Corporation*


DANIEL L. RASHBAUM
MARCUS NEIMAN & RASHBAUM LLP
2 South Biscayne Boulevard, Suite 1750
Telephone: (305) 400-4261
drashbaum@mnrlawfirm.com


MICHAEL FELDBERG *(pro hac vice)*
JACOB PULTMAN *(pro hac vice)*
BRADLEY S. PENSYL *(pro hac vice)*
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
michael.feldberg@allenovery.com
jacob.pultman@allenovery.com

JOHN ROBERTI *(pro hac vice)*
1101 New York Avenue, NW
Washington, DC 20005
Telephone: 202-683-3800
Facsimile: 202-683-3999
John.roberti@allenovery.com

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C. V.; Samsung SDIBrasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*


ROBERT W. TURKEN
MITCHELL E. WIDOM
SCOTT N. WAGNER
LORI P. LUSTRIN
BILZIN SUMBERG BAENA PRICE & AXELORD LLP
1450 Brickell Ave., Suite 2300
Miami, FL 33131
Tel: 305-374-7580
Fax: 305-374-7593
E-mail: rturken@bilzin.com;
mwidon@bilzin.com;
swagner@bilzin.com


STUART H. SINGER
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 945-356-0022
E-mail: ssinger@bsfllp.com

*Attorneys for Plaintiffs Tech Data Corp. and Tech Data Product Management*