# EXHIBIT A

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## TAMPA DIVISION

TECH DATA CORPORATION; TECH DATA
PRODUCT MANAGEMENT, INC.,

      Plaintiffs,

v.

HITACHI, LTD., et. al.,

      Defendants.

_____/

Case No. 8:17-cv-00944-EAK-AEP

## DECLARATION OF BOB BACCHUS JR.

1. I am Vice President of Purchasing for Tech Data Corporation and Tech Data Product Management, Inc. (collectively, "Tech Data"). I have been employed by Tech Data for over 25 years. I have personal knowledge of the facts set forth in this Declaration.

2. Tech Data is a major United States distributor of electronic products. During the relevant period of this litigation (which I understand to be 1995-2007) Tech Data purchased and sold computer monitors containing cathode ray tubes ("CRTs"). Tech Data is headquartered in Clearwater, Florida and all of its senior officers are based there.

3. During my employment with Tech Data, I have been responsible for overseeing the Tech Data staff that orders and purchases computer monitors containing CRTs and other products sold by Tech Data. I am therefore familiar with the Tech Data personnel who purchase computer monitors containing CRTs, and with Tech Data's policies and practices for purchasing products for resale, including computer monitors containing CRTs.

4. Tech Data's United States Purchasing Department is located at Tech Data's headquarters in Clearwater and was in the same location during the relevant period of this litigation.

2

5.  The United States Purchasing Department is responsible for purchasing decisions and procurement of the products—including computer monitors containing CRTs—that Tech Data sells to its customers. As part of their purchasing responsibilities, Tech Data employees in Clearwater negotiated, ordered and effectuated the purchases of computer monitors containing CRTs during the relevant period of this litigation.

I declare under penalty of perjury that the foregoing is true and correct

Executed on June 2, 2017

_____
Bob Bacchus Jr.