# EXHIBIT B

Costco Wholesale Corp. v. Au Optronics Corp. et al
Assigned to: Judge Richard A Jones
Related Case: 2:10-cv-01939-RAJ
Case in other court: California Northern, 3:11-cv-00058
Cause: 15:1 Antitrust Litigation

Date Filed: 07/09/2013
Date Terminated: 06/04/2015
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

## Special Master

**Martin Quinn**

represented by **Martin Quinn**
JAMS
Two Embarcadero Center, 15th Floor
San Francisco, CA 94111
415-774-2669
Fax: 415-982-5287
Email: mquinn@jamsadr.com
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Costco Wholesale Corp.**

represented by **Cori Gordon Moore**
PERKINS COIE (SEA)
1201 3RD AVE
STE 4900
SEATTLE, WA 98101-3099
206-359-3849
Fax: FAX 359-4849
Email: cgmoore@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Eric J Weiss**
PERKINS COIE (SEA)
1201 3RD AVE
STE 4900
SEATTLE, WA 98101-3099
206-359-3456
Email: eweiss@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Euphemia Nikki Thomopulos**
Perkins Coie
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111
415-344-7000
Email: ethomopulos@perkinscoie.com
*TERMINATED: 07/15/2013*

**Joren Surya Bass**
Perkins Coie LLP
4 Embarcadero Center
Ste. 2400
San Francisco, CA 94111

| | | |
|---|---|---|
| | | Instructions, # 2 Appendix Draft Verdict Form) (VE) (Entered: 10/10/2014) |
| 10/14/2014 | 603 | MINUTE ENTRY for proceedings held before Judge Richard A. Jones - Dep Clerk: *Victoria Ericksen*; Pla Counsel: *David Burman, Cori Gordon Moore, Eric Weiss, Nicholas Hesterberg, Steven Merriman*; Def Counsel: *Brad Brian, Susan Nash, Jerry Roth, Rudy Englund, Christopher Lynch, Kyle Mach for Defendant LG Display; Carl Blumenstein, Farschad Farzan, David Lundsgaard, Joseph Russoniello for Defendant AU Optronics*; CR: *Barry Fanning, Kari McGrath*; **JURY TRIAL - Day 13** held on 10/14/2014. Presentation of the video deposition of Hong Bum Suh resumes. Plaintiff rests. Dr. Shukri Souri and Dr. Dennis Carlton are sworn and testify on behalf of Defendants. Exhibits Admitted: None. Jury trial to resume on 10/15/2014 at 9:00 a.m., before the Hon. Richard A. Jones. (VE) (Entered: 10/14/2014) |
| 10/15/2014 | 604 | MINUTE ENTRY for proceedings held before Judge Richard A. Jones - Dep Clerk: *Victoria Ericksen*; Pla Counsel: *David Burman, Cori Gordon Moore, Eric Weiss, Nicholas Hesterberg, Steven Merriman*; Def Counsel: *Brad Brian, Susan Nash, Jerry Roth, Rudy Englund, Christopher Lynch, Kyle Mach, Stuart Senator for Defendant LG Display; Carl Blumenstein, Farschad Farzan, David Lundsgaard, Joseph Russoniello for Defendant AU Optronics*; CR: *Barry Fanning, Kari McGrath*; **JURY TRIAL - Day 14** held on 10/15/2014. Testimony of Dr. Dennis Carlton resumes. Exhibits Admitted: 99, 161, 162, 182, 184, 214, 216, 251, 251A, 254, 271, 478, 494, 783, 1084, 1214, 1261, 1348, 1461, 1465, 1466, 1467, 1480, 1481, 1482, 1483, 1484, 1485, 1488, 1489, 1490, 1491, 1492, 1493, 1494, 1495, 1499, 1500, 1501, 1503, 1504, 1505, 1506, 1507, 1508, 1509, 1510, 1511, 1512, 1514, 1737, 1738, 1739, 1740 and 1741. Exhibits Refused: 783A, 1762, 1763, 1764 and 1765. The court and counsel discuss the court's proposed jury instructions and proposed verdict form. Preliminary objections and exceptions are noted for the record. Jury trial to resume on 10/16/2014 at 9:00 a.m., before the Hon. Richard A. Jones. (VE) (Entered: 10/15/2014) |
| 10/15/2014 | 605 | Proposed Jury Instructions by Defendants LG Display America Inc, LG Display Co., Ltd. *DEFENDANTS' PROPOSED MODIFICATIONS OF COURT'S INSTRUCTIONS TO THE JURY* (Nash, Susan) (Entered: 10/15/2014) |
| 10/15/2014 | 606 | Proposed Jury Verdict Form by Defendants LG Display America Inc, LG Display Co., Ltd.. (Nash, Susan) (Entered: 10/15/2014) |
| 10/16/2014 | 607 | NOTICE *of Filing of Proposed Jury Instruction* ; filed by Defendants Au Optronics Corp., Au Optronics Corporation America. (Attachments: # 1 Exhibit A)(Lundsgaard, David) (Entered: 10/16/2014) |
| 10/16/2014 | 608 | MINUTE ORDER addressing criminal conviction jury instruction and AUO criminal convictions, by Judge Richard A Jones. (Attachments: # 1 Appendix draft instruction, # 2 Appendix supplement to indictment) (VE) (Entered: 10/16/2014) |
| 10/16/2014 | 609 | MINUTE ENTRY for proceedings held before Judge Richard A. Jones - Dep Clerk: *Victoria Ericksen*; Pla Counsel: *David Burman, Cori Gordon Moore, Eric Weiss, Nicholas Hesterberg, Steven Merriman*; Def Counsel: *Brad Brian, Susan Nash, Jerry Roth, Rudy Englund, Christopher Lynch, Kyle Mach for Defendant LG Display; Carl Blumenstein, Farschad Farzan, David Lundsgaard, Joseph Russoniello for Defendant AU Optronics*; CR: *Barry Fanning, Kari McGrath*; **JURY TRIAL - Day 15** held on 10/16/2014. Dean Edward Snyder is sworn and testifies on behalf of Defendants. The video depositions of Paul Semenza, Michael Blashe, Scott Ramirez, Carl Pinto and Masahiro Yakota are presented to the jury. Exhibits Admitted: 5487, 5488, 5588, 5601, 5604, 5611, 5612, 5613, 5614, 5616, 5623, 5634, 5625, 5627, 5628, 5629, 5630, 5638, 5639, 5640, 5641 and 5642. Exhibits Refused: 5635 and 5636. Jury trial to resume on 10/20/2014 at 9:00 a.m., before the Hon. Richard A. Jones. (VE) (Entered: 10/16/2014) |
| 10/17/2014 | 610 | Proposed Jury Instructions by Plaintiff Costco Wholesale Corp. (Moore, Cori) (Entered: 10/17/2014) |
| 10/17/2014 | 611 | Proposed Jury Verdict Form by Plaintiff Costco Wholesale Corp.. (Moore, Cori) (Entered: 10/17/2014) |
| 10/17/2014 | 612 | Proposed Jury Verdict Form by Plaintiff Costco Wholesale Corp.. (Moore, Cori) (Entered: 10/17/2014) |
| 10/17/2014 | 613 | ORDER by Judge Richard A Jones re jury instructions and verdict form. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Appendix 2d draft jury instructions, # 2 Appendix 2d draft verdict form) (VE) (Entered: 10/17/2014) |
| 10/20/2014 | 614 | NOTICE *DEFENDANTS' PROFFER OF EVIDENCE REGARDING UPSTREAM AND DOWNSTREAM PASS-ON* ; filed by Defendants LG Display America Inc, LG Display Co., Ltd.. (Nash, Susan) (Entered: 10/20/2014) |
| 10/20/2014 | 615 | DECLARATION *OF LEE F. BERGER AND EXHIBITS IN SUPPORT OF DEFENDANTS PROFFER OF EVIDENCE REGARDING UPSTREAM AND DOWNSTREAM PASS-ON* re 614 Notice-Other by Defendants LG Display America Inc, LG Display Co., Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Nash, Susan) (Entered: 10/20/2014) |
| 10/20/2014 | 616 | MINUTE ENTRY for proceedings held before Judge Richard A. Jones - Dep Clerk: *Victoria Ericksen*; Pla Counsel: *David Burman, Cori Gordon Moore, Eric Weiss, Nicholas Hesterberg, Steven Merriman*; Def Counsel: *Brad Brian, Susan Nash, Jerry Roth, Rudy Englund, Christopher Lynch, Kyle Mach for Defendant LG Display; Carl Blumenstein, Farschad Farzan, David Lundsgaard, Joseph Russoniello for Defendant AU Optronics*; CR: *Barry Fanning, Kari McGrath*; **JURY TRIAL - Day 16** held on 10/20/2014. Dr. Pierre Cremieux is sworn and testifies on behalf of Defendants. The video depositions of Timothy Farmer and Claudine Adamo are presented to the jury. Defendants rest. The court hears argument of counsel and makes rulings as stated on the record on Defendants' request for leave to file a written proffer of evidence that was excluded by the court in pretrial rulings related to upstream and downstream pass on, Defendants' request for a curative instruction with respect to statements by Plaintiff's counsel that Defendants believe violate the Court's pretrial rulings, Defendants' request for a limiting instruction based upon a statement made by Plaintiff's counsel during the examination of Dr. Carlton, Defendants' objections to the slides Plaintiff proposes to use with Dr. Bernheim in rebuttal, and adjusted damages calculations. Dr. Douglas Bernheim is recalled and testifies in rebuttal on behalf of Plaintiff. Exhibits Admitted: 5037, 5587-002, 5587-016, 5587-018 and 5587-021. Jury trial to resume on 10/21/2014 at 9:00 a.m., before the Hon. Richard A. Jones. (VE) (Entered: 10/20/2014) |
| 10/20/2014 | 617 | MINUTE ORDER by Judge Richard A Jones. Attaching draft jury instructions and verdict form, modified solely to remove references to affirmative defense of withdrawal. (Attachments: # 1 Appendix 3d draft jury instructions, # 2 Appendix 3d draft verdict form) (VE) (Entered: 10/20/2014) |
| 10/21/2014 | 618 | MINUTE ENTRY for proceedings held before Judge Richard A. Jones - Dep Clerk: *Victoria Ericksen*; Pla Counsel: *David Burman, Cori Gordon Moore, Eric Weiss, Nicholas Hesterberg, Steven Merriman*; Def Counsel: *Brad Brian, Susan Nash, Jerry Roth, Rudy Englund, Christopher Lynch, Stuart Senator, Kyle Mach for Defendant LG Display; Carl Blumenstein, Farschad Farzan, David Lundsgaard, Joseph Russoniello for Defendant AU Optronics*; CR: *Barry Fanning, Kari McGrath*; **JURY TRIAL - Day 17** held on 10/21/2014. Plaintiff makes a proffer and examines Dr. Douglas Bernheim outside the presence of the jury regarding the allowable scope of testimony on academic studies on the effect of conspiracies. Rebuttal testimony of Dr. Douglas Bernheim resumes. Dr. Dennis Carlton is sworn and testifies on behalf of Defendants in surrebuttal. Defendants rest. Defendants' motion for judgment as a matter of law is denied. The court and counsel discuss exhibit issues. Final objections and exceptions to the courts proposed jury instructions and verdict form are noted for the record. Exhibits Admitted: 5013, 5019, 5022, 5025, 5026, 5054, 5086, 5106, 5127, 5131, 5139, 5146, 5158, 5174, 5180, 5276, 5312, 5455, 5461, 5472, 5651, 5654, 5655, 5656, 5658, 5660, 5662, 5663 and 5666. Exhibit Refused: 5496. Jury trial to resume on 10/22/2014 at 9:00 a.m., before the Hon. Richard A. Jones. (VE) (Entered: 10/21/2014) |
| 10/21/2014 | 619 | ORDER by Judge Richard A Jones. Parties are instructed to submit their positions regarding single sentence in jury instructions by 7:30 a.m. tomorrow, via email. (Attachments: # 1 Appendix jury instructions, # 2 Appendix verdict form, # 3 Appendix supplement to indictment) (VE) (Entered: 10/21/2014) |
| 10/21/2014 | 620 | Proposed Jury Instructions by Defendants LG Display America Inc, LG Display Co., Ltd. *DEFENDANTS' PROPOSED REVISIONS TO COURT'S INSTRUCTIONS 15, 16, AND 27 [IN DOCKET NUMBER 617-1]* (Nash, Susan) (Entered: 10/21/2014) |
| 10/22/2014 | 621 | MOTION DEFENDANTS' WRITTEN SUBMISSION IN CONJUNCTION WITH MOTION FOR |

| | | |
|---|---|---|
| | | JUDGMENT AS A MATTER OF LAW by Defendants LG Display America Inc, LG Display Co., Ltd.. (Nash, Susan) (Entered: 10/22/2014) |
| 10/22/2014 | | ***Motion terminated: 621 MOTION DEFENDANTS' WRITTEN SUBMISSION IN CONJUNCTION WITH MOTION FOR JUDGMENT AS A MATTER OF LAW filed by LG Display Co., Ltd., LG Display America Inc. Court denied this motion in court yesterday, without prejudice to its post-trial renewal; document is simply a brief that Defendants' characterized in court as an "outline." (VE) (Entered: 10/22/2014) |
| 10/22/2014 | 622 | COURT'S INSTRUCTIONS TO THE JURY (RS) (Entered: 10/22/2014) |
| 10/22/2014 | 623 | MINUTE ENTRY for proceedings held before Judge Richard A. Jones - Dep Clerk: *Victoria Ericksen*; Pla Counsel: *David Burman, Cori Gordon Moore, Eric Weiss, Nicholas Hesterberg, Steven Merriman*; Def Counsel: *Brad Brian, Susan Nash, Jerry Roth, Rudy Englund, Christopher Lynch, Stuart Senator, Kyle Mach for Defendant LG Display; Carl Blumenstein, Farschad Farzan, David Lundsgaard, Joseph Russoniello for Defendant AU Optronics*; CR: *Barry Fanning, Kari McGrath*; **JURY TRIAL - Day 18** held on 10/22/2014. Exhibits Admitted: 1790, 5503-018, 5454, 5684, 5686A and 5705C. Exhibits Withdrawn: 5641 and 5642. The parties rest. The court instructs the jury. Counsel present closing arguments. The jury shall return on 10/23/2014 at 9:00 a.m. to commence deliberations. (VE) (Entered: 10/22/2014) |
| 10/23/2014 | 624 | Proposed Jury Instructions by Plaintiff Costco Wholesale Corp. (Moore, Cori) (Entered: 10/23/2014) |
| 10/23/2014 | 625 | Proposed Jury Verdict Form by Plaintiff Costco Wholesale Corp.. (Moore, Cori) (Entered: 10/23/2014) |
| 10/23/2014 | 626 | NOTICE *Costco's Proffer of Evidence Re Dr. Edward Snyder's Upstream Pass-Through Estimates* ; filed by Plaintiff Costco Wholesale Corp.. (Moore, Cori) (Entered: 10/23/2014) |
| 10/23/2014 | 627 | MINUTE ENTRY for proceedings held before Judge Richard A. Jones - Dep Clerk: *Victoria Ericksen*; Pla Counsel: *David Burman, Cori Gordon Moore, Eric Weiss, Nicholas Hesterberg, Steven Merriman*; Def Counsel: *Brad Brian, Susan Nash, Jerry Roth, Rudy Englund, Christopher Lynch, Stuart Senator, Kyle Mach for Defendant LG Display; Carl Blumenstein, Farschad Farzan, David Lundsgaard, Joseph Russoniello for Defendant AU Optronics*; CR: *Barry Fanning*; **JURY TRIAL - Day 19** held on 10/23/2014. At 9:05 a.m., the jury returns and commences deliberations. After inspection by counsel, all admitted exhibits are provided to the jurors. At 1:40 p.m., the jury submits the following question in writing, "Can we use a calculator? Can you provide one?" At 1:52 p.m., after conferring with counsel, and there being no objection, the jurors are provided with a calculator. At 3:10 p.m., the jury returns to open court with a verdict in favor of Plaintiff as set forth in the Verdict Form. The jurors are polled and the verdict is unanimous. The jurors are thanked and excused. Order will be forthcoming regarding control exception issues necessary to be resolved before entry of Judgment. (VE) (Entered: 10/23/2014) |
| 10/23/2014 | 628 | JURY VERDICT (VE) (Entered: 10/23/2014) |
| 10/23/2014 | 629 | TRIAL WITNESS LIST (VE) (Entered: 10/23/2014) |
| 10/24/2014 | 630 | TRIAL EXHIBIT LIST (VE) (Entered: 10/24/2014) |
| 10/24/2014 | 631 | ORDER by Judge Richard A. Jones re: Juror Lunches (VE) (Entered: 10/24/2014) |
| 10/27/2014 | 632 | COURT'S RULINGS ON OBJECTIONS TO VIDEO DEPOSITIONS PRESENTED BY PLAINTIFF (Attachments: # 1 Tomohito Amano, # 2 Seisyu Arai, # 3 George Chao, # 4 James Chen, # 5 L.J. Chen, # 6 Makoto Chiba, # 7 Hong Sik ("Harry") Cho, # 8 Chang Suk Chung, # 9 Katsuyuki Furujo, # 10 Brian Graham, # 11 Wen Hong ("Amigo") Huang, # 12 Yasuhisa ("Happy Jack") Iida, # 13 Takato Imai, # 14 Heon Seong ("H.S.") Kim, # 15 Joo Wan Kim, # 16 Do Hoi ("D.H.") Koo, # 17 Yuuichi Kumazawa, # 18 Bock Kwon, # 19 Dong Hun ("D.H.") Lee, # 20 Jeong Kwang Lee, # 21 Kazuyoshi Nakayama, # 22 Sang Woo ("Stanley") Park, # 23 Soo Chul ("S.C.") Park, # 24 Yul Rak Sohn, # 25 David Su, # 26 Hong Bum Suh, # 27 Atsuhiko Tokinosu, # 28 Chih-Hsuan ("Tim") Wang, # 29 Genichi Watanabe, # 30 Kazuhiko Yano) (VE) (Entered: 10/27/2014) |
| 10/27/2014 | 633 | COURT'S RULINGS ON OBJECTIONS TO VIDEO DEPOSITIONS PRESENTED BY DEFENDANTS (Attachments: # 1 Michael Blashe, # 2 Carl Pinto, # 3 Scott Ramirez, # 4 Paul |