UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| TECH DATA CORPORATION, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., et al.,<br><br>　　　　　Defendants. | Case No. 8:17-cv-00944-EAK-AEP<br>MDL Case No. 3:13-cv-00157-JST (N.D. Cal.)<br><br>Hon. Elizabeth A. Kovachevich |

## **NOTICE OF COMPLIANCE**

Pursuant to the Court's Endorsed Order dated May 18, 2017 (ECF No. 152), Jeffrey L. Kessler hereby notifies the Court that he has complied with the form, fee, and electronic filing requirements. Mr. Kessler has filed his Special Admission Attorney Certification Form and paid his *pro hac vice* fees, confirmation of which was entered on the docket on May 24, 2017. Mr. Kessler has also enrolled in the Court's CM/ECF system, and been issued a CM/ECF username and password by the Clerk's Office.

Date: June 5, 2017

Respectfully submitted,

/s/ Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
Jeffrey L. Kessler (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

*Attorney for Defendants Panasonic Corporation and MT Picture Display Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler