UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| TECH DATA CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HITACHI, LTD., et al., <br><br> Defendants. | Case No. 8:17-cv-00944-EAK-AEP <br> MDL Case No. 3:13-cv-00157-JST (N.D. Cal.) <br><br> Hon. Elizabeth A. Kovachevich |

## NOTICE OF COMPLIANCE

Pursuant to the Court's Endorsed Order dated May 15, 2017 (ECF No. 143), Adam Hemlock hereby notifies the Court that he has complied with the form, fee, and electronic filing requirements. Mr. Hemlock has filed his Special Admission Attorney Certification Form and paid his *pro hac vice* fees, confirmation of which was entered on the docket on May 26, 2017. Mr. Hemlock has also enrolled in the Court's CM/ECF system, and been issued a CM/ECF username and password by the Clerk's Office.

Date: June 5, 2017

Respectfully submitted,

/s/ Adam Hemlock
**WEIL GOTSHAL LLP**
Adam Hemlock *(pro hac vice)*
767 5th Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Adam.Hemlock@weil.com

*Attorneys for Defendants Panasonic Corporation and MT Picture Display Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Adam Hemlock*
Adam Hemlock